# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2011 OCT -7 AM 11:50

| UNITED STATES OF AMERICA, | CASE NO. 11CR3858-MMA |
| --- | --- |
| Plaintiff, | |
| vs. | BY_____DEPUTY |
| ANDRES TORALES-MEDINA(1), | **JUDGMENT OF DISMISSAL** |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in case 11cr4344-MMA against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 9/29/2011

BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE